U.S. District Judge Richard A. Jones
U.S. Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VICKIE L. MANHEIMER, *Plaintiff*, v. CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, *Defendant*. | Case No. 2:15-CV-01355-RAJ-JRC  ORDER DENYING PLAINTIFF'S MOTION TO FILE OVERLENGTH OPENING BRIEF AND EXTENDING TIME TO FILE |

    Plaintiff has filed a motion to file an overlength brief (Dkt. 12) and an amended motion to file an overlength brief (Dkt. 14), together with supporting declarations.

    Motions seeking approval to file an over-length motion or brief are disfavored. LR 7(f). While plaintiff has argued that the case is complex, plaintiff has not satisfied the heavy burden of demonstrating that an overlength brief is necessary. Therefore, plaintiff's motion and amended motion are denied.

    While plaintiff filed a timely motion to file an overlength brief, pursuant to LR 7(f)(4), this Court did not rule on plaintiff's motion until the day plaintiff's brief was due. Plaintiff's counsel represents to the court that she is traveling on the day the brief is due (today) and therefore, is placed in the unfortunate position of not being able to file a timely brief that would

1  be in accordance with the Court's ruling.  Therefore, good cause having been shown, plaintiff's

2  deadline for submitting the Opening Brief is extended one week – until December 23, 2015.

3  Defendant's Response shall be due on or before January 20, 2016 and plaintiff's Reply shall be

4  due on or before February 3, 2016.

5      Dated this 16th day of December, 2015.

_____

J. Richard Creatura
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION TO FILE OVERLENGTH
OPENING BRIEF/AMENDING BRIEFING SCHEDULE
2:15-CV-01355-RAJ-JRC – Page 2