UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

VICKIE L. MANHEIMER,

        Plaintiff,

    v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

        Defendant.

CASE NO. 2:15-cv-01355 RAJ

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, on Defendant's Stipulated Motion for Remand (Dkt. 26), and the relevant record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The matter is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Administration for further consideration, consistent with the Report and Recommendation; and

(3) The Clerk is directed to enter Judgment and close this case.

Dated this 16th day of March, 2016.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Court